Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
### for the
District of Maryland  ☐

_____ Division

|  |  |
|---|---|
| KOFI BOATENG<br>14240 Kings Crossing<br>Boyds, MD 20841 | Case No. _____<br>*(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| -v-<br>ANDREW CULKIN, et al.<br>9041 El Dorado Pkwy, SPC 43, El Cajon, CA 92021<br>(see attached other Defendants) |  |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* |  |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

I.     The Parties to This Complaint

    A.     The Plaintiff(s)

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KOFI BOATENG |
| Street Address | 14240 KINGS CROSSING BLVD |
| City and County | BOYDS, MONTGOMERY COUNTY |
| State and Zip Code | 20841 |
| Telephone Number | |
| E-mail Address | |

    B.     The Defendant(s)

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | ANDREW CULKIN |
| Job or Title *(if known)* | TRUCK DRIVER |
| Street Address | 9041 EL DORADO PKWY |
| City and County | EL CAJON, |
| State and Zip Code | CALIFORNIA 92021 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | CRETE CARRIER CORPORATION |
| Job or Title *(if known)* | CORPORATION |
| Street Address | 400 NW 56TH STREET |
| City and County | LINCOLN, |
| State and Zip Code | NEBRASKA 68528 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | SHAFFER TRUCKING |
| Job or Title *(if known)* | CORPORATION |
| Street Address | 400 NW 56TH STREET |
| City and County | LINCOLN |
| State and Zip Code | NEBRASKA 68528 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*:   KOFI BOATENG,                                    , is a citizen of the

State of *(name)*   MARYLAND                                    .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*                                    , is incorporated

under the laws of the State of *(name)*   NEBRASKA                                    ,

and has its principal place of business in the State of *(name)*

NEBRASKA                                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*   ANDREW CULKIN                                    , is a citizen of

the State of *(name)*   CALIFORNIA                                    . Or is a citizen of

*(foreign nation)*                                    .

2.    If the defendant is a corporation

The defendant, *(name)*   Crete Carrier Corporation & Shaffer Trucking    , is incorporated under

the laws of the State of *(name)*   NEBRASKA                                    , and has its

principal place of business in the State of *(name)*   NEBRASKA                                    .

Or is incorporated under the laws of *(foreign nation)*                                    ,

and has its principal place of business in *(name)*                                    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff was injured as a result of Defendants negligence and has incurred in excess of $130,000 in medical bills and lost wages. Plaintiff continues to suffer and will need additional care.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)*      07/07/2020     , at *(place)*    parking lot on 10863 West I-25 Frontage Road, Weld County, Colorado .
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

I was properly parked in the parking lot, laying on the bed in my truck when suddenly I felt a sever impact to my truck tossing me off the bed to the floor, I came outside and discovered that Defendant Culkin was driving another truck crashed into the rear of my vehicle. Defendant Culkin failed to control his speed, look out for properly parked vehicle, prevent his vehicle from crashing into parked vehicles. Defendants Crete and Shaffer were owners of the truck being driven by Culkin and they were negligent in hiring and supervising Culkin.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Defendants actions were the proximate cause and direct cause of Plaintiff's injuries. Plaintiff stuck his head and body during the fall off his bed. Plaintiff suffered injuries to his headm neck, left shoulder and lower badk. Plaintiff eventually needed a rotator cuff surgery to his shoulder.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is seeking damages in the amount of $1,000,000 for bodily injury, pain and suffering and lost wages and other property loss.
Plaintiff incurred the following damages:
- Medical expenses $51,566
-Lost Wages $170,000
-Other expenses $1,403

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          06/30/0203

Signature of Plaintiff

Printed Name of Plaintiff      kofi boateng

### B.    For Attorneys

Date of signing:          06/30/2023

Signature of Attorney

Printed Name of Attorney      Sean Baird, Esq.

Bar Number

Name of Law Firm

Street Address          1323 Fenwick Lane, Silver Spring

State and Zip Code       Maryland, 20910

Telephone Number        (301) 650-2030

E-mail Address          sbairdlaw@yahoo.com

## ATTACHMENT

### for Complaint for a Civil Case Alleging Negligence

### KOFI BOATENG V. ANDREW CULKIN, ET AL

Additional Defendants

1. Crete Carrier Corporation
   400 NW 56th Street
   Lincoln, NE 68528

2. Shaffer Trucking
   400 NW 56th Street
   Lincoln, NE 68528